UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BRENDA HOPKINS,

                Plaintiff,                **MEMORANDUM**

- v -

                                            CV-05-1887 (ILG)(VVP)

PROFESSIONAL SECURITY BUREAU,

                Defendant.
------------------------------------------------------------x

       Counsel for the defendant have submitted motions for the admission, pro hac vice, of two attorneys, Jonathan D. Loegel and Marty N. Martenson. The motions are not properly supported by certificates issued by the courts for each of the states in which those attorneys are admitted to practice stating that the attorneys are members in good standing of the bar of those state courts, as required by Local Civil Rule 1.3(c). Certificates of good standing issued by the United States Circuit Court of Appeals do not meet that criterion. Accordingly, the motions cannot be granted until proper certificates of good standing are submitted. In addition, the applicants should be aware that admission pro hac vice requires the payment of a $25 fee to the clerk of the court.

                                                    SO ORDERED:

                                                    *Viktor V. Pohorelsky*

                                                     VIKTOR V. POHORELSKY
                                                     United States Magistrate Judge

Dated:       Brooklyn, New York
                October 17, 2005